# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOYCE AYALA,<br>            Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br>            Defendant. | CIVIL ACTION<br><br><br><br>NO. 13-5008 |

## O R D E R

**AND NOW**, this 28th day of May, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 9, filed December 2, 2013), the record in this case, and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, dated April 30, 2015, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Richard A. Lloret dated April 30, 2015 , is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED** to the extent she seeks remand to the Commissioner of Social Security, and is **DENIED** in all other respects; and,

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, dated April 30, 2015.

                                            **BY THE COURT:**

                                            /s/ Hon. Jan E. DuBois

                                            _____
                                              **DuBOIS, JAN E., J.**